# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Tenisha Barnes,

        Plaintiff(s),

v.

TransUnion LLC,

        Defendant(s).

Case No. 2:25-cv-02559-APG-NJK

**ORDER**

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a).  A joint discovery plan must be filed by February 27, 2026.

IT IS SO ORDERED.

Dated: February 13, 2026

_____

Nancy J. Koppe
United States Magistrate Judge

1