Leoncio A. Gil, III
Nevada State Bar No. 13129
Quilling, Selander, Lownds,
Winslett & Moser, P.C.
5801 Tennyson Pkwy., Suite 440
Plano, Texas 75024
(214) 560-5458 / Fax: (214) 871-2111
leon.gil@qslwm.com
***Counsel for Trans Union LLC***

****Designated Attorney for Personal Service****
Kurt R. Bonds, Esq.
Nevada Bar No. 6228
Hall & Evans, LLC
1160 North Town Center Drive, Suite 330
Las Vegas, NV 89144
(702) 998-1022
nvefile@hallevans.com

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| TENISHA BARNES,<br><br>Plaintiff,<br><br>v.<br><br>TRANSUNION LLC,<br><br>Defendant. | Case No.: 2:25-cv-02559-APG-NJK<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF TRANS UNION LLC** |

Plaintiff Tenisha Barnes and Defendant Trans Union LLC ("Trans Union") file this Stipulation and Order of Dismissal with Prejudice and in support thereof would respectfully show the Court as follows:

There are no longer any issues in this matter between Tenisha Barnes and Trans Union to be determined by this Court. Plaintiff and Trans Union hereby stipulate that all claims and causes of action that were or could have been asserted against Trans Union are hereby dismissed with prejudice, with court costs to be paid by the party incurring same.

Dated this 25th day of June, 2026.

*/s/ Leoncio A. Gil, III*
Leoncio A. Gil, III
Nevada Bar No. 13129
leon.gil@qslwm.com
Quilling, Selander, Lownds,
Winslett & Moser, P.C.
5801 Tennyson Parkway, Suite 440
Plano, Texas 75024
Telephone: (214) 560-5458
Fax: (214) 871-2111
***Counsel for Defendant Trans Union LLC***

*/s/ Tenisha Barnes (with permission)*
Tenisha Barnes
5325 S. Fort Apache Rd.
Suite D #143
Las Vegas, NV 89148
(510) 707-2002
msbarnes21718@gmail.com
***Pro Se Plaintiff***

IT IS SO ORDERED:

Dated: June 29, 2026

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE